UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>IDEAL OPTION PLLC,<br>Respondent. | CASE NO. 2:25-mc-00044-TL<br><br>ORDER ON UNITED STATES' PETITION AND MEMORANDUM FOR ENFORCEMENT OF CIVIL INVESTIGATIVE DEMAND PURSUANT TO 31 U.S.C. § 3733 AND TO ADJUDICATE PRIVILEGE ASSERTIONS BY IDEAL OPTION |

This matter is before the Court on the United States of America's ("the Government") Petition and Memorandum for Enforcement of Civil Investigative Demand Pursuant to 31 U.S.C. § 3733 and to Adjudicate Privilege Assertions by Ideal Option. Dkt. No. 3. Having considered Ideal Option's ("Respondent") response (Dkt. No. 10), the Government's reply (Dkt. No. 16), and having held oral argument, the Court GRANTS the Government's petition and GRANTS IN PART and DENIES IN PART the Government's request regarding privilege assertions. For the reasons stated on the record at the hearing, the Court ORDERS:

(1) The Court has jurisdiction to adjudicate the Government's petition.

(2) The Government's petition to enforce its Civil Investigative Demand ("CID") is GRANTED.

(3) With regard to the Government's request to adjudicate privilege assertions by Respondent:

(a) The Court FINDS the Dr. Andrea Barthwell Deposition Exhibits at issue are protected by the work-product privilege.

(b) The Court FINDS that Federal Rule of Evidence 502(b) applies in determining whether a waiver of any privileges occurred in this case.

(c) The Court FINDS Respondent waived any privilege over the following documents in its 2025 Supplemental Privilege Log:

1. Documents that were previously produced to the Government with redactions;

2. Documents that were included in the Government's November 2022 presentation to Respondent; and

3. Documents relating to Dr. Barthwell that pre-date the CID.

(b) The Court FINDS that all other documents on the 2025 Supplemental Privilege Log were inadvertently produced, and Respondent did not waive its privileges with regard to those documents.

(4) Respondent's counsel is PROHIBITED from attending the deposition. However, the Court ORDERS the Parties to further meet and confer on the work product privilege issue related to Dr. Barthwell's deposition as discussed at the hearing.

Dated this 2nd day of September, 2026.

Tana Lin
United States District Judge